IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -9 PM 2: 40
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 04-20312 |
| ARTHUR RUFFIN, | ) | |
| Defendant. | ) | |

ORDER OF REFERENCE

Before the Court is the *pro se* motion of Defendant Arthur Ruffin requesting new counsel be appointed to represent him in this case. The motion was filed June 8, 2005.

This matter is referred to the United States Magistrate Judge for determination and for appointment of new counsel, if appropriate. Any exceptions to the magistrate judge's order shall be made within ten (10) days of the magistrate judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED THIS 9 DAY OF June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20312 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Arthur Orlando Ruffin
WTDF
19834076
P.O. Box 509
Mason, TN 38049

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT