IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
       Plaintiff,                   )
                                    )
VS                                  )     CR. NO. 04-20312-M1
                                    )
ARTHUR RUFFIN                       )
                                    )
       Defendant(s)                 )
                                    )
```

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set a Report Date on Friday, June 24, 2005 at 9:00 a.m. Counsel for the defendant requested a continuance of the present setting.    The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for **Report Date to Friday, July 22, 2005 at 9:00 a.m.** with a trial date of Monday, August 1, 2005 at 9:30 a.m.

The period from July 15, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the _____ day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in
 case 2:04-CR-20312 was distributed by fax, mail, or direct printing on
June 24, 2005 to the parties listed.

Arthur Orlando Ruffin
WTDF
19834076
P.O. Box 509
Mason, TN 38049

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable S. Anderson
US DISTRICT COURT